IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00069-EWN-MJW

GO WEST INDUSTRIES, INC., a Nevada corporation,

    Plaintiff,

v.

UNIVERSAL BUSINESS INSURANCE, INC., a Utah corporation, and
DON MAYER, individually and in his capacity as agent for Universal Business Insurance, Inc.

    Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER having come before the Court for dismissal with prejudice upon the stipulation of the parties,

IT IS HEREBY ORDERED that the action be and hereby is dismissed with prejudice, each party to pay its own attorneys' fees and costs in the action.

Dated this  29th  day of  August , 2005.

                BY THE COURT:

                s/Edward W. Nottingham
                U. S. District Court Judge